IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>SJC, Inc., <br>f/k/a Silver Jeans Company, Inc., <br><br>Debtor. | Chapter 11 <br><br>Case No. |

**CONSOLIDATED LIST OF CREDITORS
HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS**

Following is the consolidated list of the Debtor's creditors holding the twenty (20) largest unsecured claims. The list is prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing this chapter 11 case. The list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims; or (iii) claims held by any of the debtor's employees. Any amounts listed herein are estimated, subject to verification and later dispute. Without limiting the foregoing, the Debtor reserves its rights to dispute or challenge any claim on this list for any reason. The information set forth on this schedule shall not constitute an admission of liability by, nor is binding on, the Debtor, and the failure to list a claim as contingent, disputed, or subject to setoff shall not be a waiver of the Debtor's rights relating thereto.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 1. | Western Glove Works<br>555 Logan Avenue<br>Winnipeg, MB R3A 054<br>Canada | Judy Friesen<br>Western Glove Works<br>555 Logan Avenue<br>Winnipeg, MB R3A 054<br>Canada<br>(204) 788-4249<br>judy.friesen@westernglove.mb.ca | Trade debt | | $7,153,022.00 |
| 2. | Woodfield Mall, LLC<br>Woodfield Mall, Schaumberg, IL | Woodfield Mall, LLC<br>Woodfield Mall, Schaumberg, IL | Lease debt | | $1,835,566.00 |
| 3. | The Woodlands Mall Associates, LLC<br>Woodlands Mall, Woodlands, TX | The Woodlands Mall Associates, LLC<br>Woodlands Mall, Woodlands, TX | Lease debt | | $1,720,093.00 |
| 4. | Stonebriar Mall, LLC<br>Stonebriar Center, Frisco, TX | Stonebriar Mall, LLC<br>Stonebriar Center, Frisco, TX | Lease debt | | $1,482,360.00 |
| 5. | Simon Property Group (Texas), L.P.<br>La Plaza Mall, McAllen, TX | Simon Property Group (Texas), L.P.<br>La Plaza Mall, McAllen, TX | Lease debt | | $1,606,447.00 |
| 6. | Glendale II Mall Associates, LLC<br>Glendale Galleria, Glendale, CA | Glendale II Mall Associates, LLC<br>Glendale Galleria, Glendale, CA | Lease debt | | $1,420,121.00 |
| 7. | Texeira | Bill Texeira<br>Texeira<br>(407) 681-1012<br>btexeira@texeirainc.com | Trade debt | | $35,333.61 |
| 8. | Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, Texas 78711-3528 | Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, Texas 78711-3528 | Tax | | $14,689.72 |
| 9. | United Health Care | United Healthcare<br>(888) 842-4571 | Trade debt | | $10,290.03 |
| 10. | Island Pacific | Mary Capote<br>Island Pacific<br>(949) 399-3821<br>mcapote@islandpacific.com | Trade debt | | $28,221.25 |
| 11. | Raj Trading & | Raj Trading & Imports | Trade debt | | $3,060.00 |

|     |                                                                                                     |                                                                                                                  |            |   |            |
| --- | --------------------------------------------------------------------------------------------------- | ---------------------------------------------------------------------------------------------------------------- | ---------- | - | ---------- |
|     | Imports<br>850 South Broadway #101<br>Los Angeles, CA 90014                                         | 850 South Broadway #101<br>Los Angeles, CA 90014<br>(310) 801-1700                                               |            |   |            |
| 12. | Illinois Department of Revenue<br>P.O. Box 19044<br>Springfield, IL 62796-00001                     | Illinois Department of Revenue<br>P.O. Box 19044<br>Springfield, IL 62796-00001                                  | Tax        |   | $2,085.40  |
| 13. | Thomas Realty                                                                                       | Thomas Realty                                                                                                    | Trade debt |   | $1,975.00  |
| 14. | SPE, Inc., d/b/a Screen Play<br>3411 Thorndyke Avenue West<br>Seattle, WA 98119                     | SPE, Inc., d/b/a Screen Play<br>3411 Thorndyke Avenue West<br>Seattle, WA 98119<br>(206) 812-2191                | Trade debt |   | $1,820.30  |
| 15. | Quill Corporation                                                                                   | Quill Corporation<br>(800) 634-1172<br>arpayment@quill.com                                                       | Trade debt |   | $1,113.46  |
| 16. | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577                                                   | Lindsey A.<br>UPS<br>1 (800) 477-7080<br>1 (800) 811-1648<br>upsreps@ups.com                                     | Trade debt |   | $954.16    |
| 17. | American United Life Insurance                                                                      | Ryan Mattax<br>American United Life Insurance<br>(800) 553-5318 ext 1176                                         | Trade debt |   | $401.68    |
| 18. | Great Lakes Woodworking<br>11345 Mound<br>Detroit, MI 48212                                         | Great Lakes Woodworking<br>11345 Mound<br>Detroit, MI 48212<br>(313)892-8500<br>Fax (313)892-8503                | Trade debt |   | $3,436.48  |
| 19. | WCI- World Communication<br>PO Box 9497<br>Seattle WA 98109                                         | WCI- World Communication<br>PO Box 9497 Seattle WA 98109<br>(206)652-4470<br>customercare@wci.com                | Trade debt |   | $1,394.75  |
| 20. | Keter Environmental<br>P.O. Box 417468<br>Boston, MA 02241-7468                                     | Keter Environmental<br>P.O. Box 417468<br>Boston, MA 02241-7468<br>(203) 517-4198                                | Trade debt |   | $216.50    |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SJC, Inc.,<br>f/k/a Silver Jeans Company, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS

The above-captioned debtor and debtor-in-possession (the "Debtor") hereby certifies under penalty of perjury that the consolidated *List of Creditors Holding the Twenty (20) Largest Unsecured Claims* (the "Top 20 List"), submitted herewith, is complete, and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the consolidated Top 20 List have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; or (3) a waiver of any other right or legal position of the Debtor.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2014

Signature: _____
By:     Scott Merrell
Title:  President