IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
In re:                         :  Chapter 11
                               :
SJC, Inc., a Delaware Corporation,  :  Case No. 14-11763 (MFW)
f/k/a Silver Jeans Company, Inc.,   :
                               :
           Debtor.[1]          :
                               :
------------------------------ x

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 23, 2014 AT 1:00 P.M. (ET)

**FIRST DAY MOTIONS AND APPLICATIONS GOING FORWARD**

1. **PETITION AND RELATED FIRST DAY PLEADINGS**

    a. Chapter 11 Voluntary Petition

2. **SUPPORTING DECLARATION**

    a. Declaration of Scott Merrell in Support of First Day Relief

3. **FIRST DAY MOTIONS**

    a. Debtor's Motion for an Order Authorizing the Debtor to Pay Prepetition Wages, Compensation, Employee Benefits, and Other Associated Obligations [D.I. 3, 7/21/14]

    b. Debtor's Motion for an Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, and (B) Authorizing the Continued Use of Existing Cash Management System [D.I. 4, 7/21/14]

    c. Debtor's Motion for an Order Under 11 U.S.C. § 521 Extending the Debtor's Deadline to File Schedules of Assets and Liabilities and Statement of Financial Affairs [D.I. 5, 7/21/14]

    d. Debtor's Motion for Interim and Final Orders Authorizing the Debtor to Pay Certain Prepetition Taxes and Related Obligations [D.I. 8, 7/21/14]

---

[1] The last four digits of the Debtor's taxpayer identification number are 8350. The Debtor's corporate headquarters are located at Burbank, California.

[2] Amendments to the agenda filed on July 22, 2014 [Docket No. 21] are noted in bold and italicized print.

e. Debtor's Motion for an Order Authorizing the Debtor to Maintain Insurance Policies and Pay All Premiums and Brokers' Fees Arising Thereunder [D.I. 9, 7/21/14]

f. ***Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 362 and 364(A) Authorizing the Debtor to Obtain Postpetition Financing, (B) Granting Security Interests to the DIP Lender, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing, and (E) Granting Related Relief [D.I. 15, 7/21/14]***

g. Debtor's Motion for an Order Pursuant to 11 U.S.C. §§ 105 and 363 Authorizing the Debtor to (I) Maintain Certain Customer Programs and (II) Honor or Pay Related Prepetition Obligations to their Customers [D.I. 13, 7/21/14]

h. Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105, 363, 364, 365, and 554 (I) Approving Assumption of Agency Agreement (II) Approving Store Closing Sales, (III) Authorizing the Debtor to Abandon Property, and (IV) Granting Related Relief [D.I. 12, 7/21/14]

Respectfully submitted,

Date: July 23, 2014

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, Delaware 19801
Telephone:    (302) 425-3310
Facsimile:     (610) 373-7972
Email: *jhh@stevenslee.com*

-and-

Camille C. Bent (*pro hac vice* admission pending)
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone:    (212) 537-0418
Facsimile:     (610) 371-7920

-and-

Robert J. Keach (*pro hac vice* admission pending)
Roma N. Desai (*pro hac vice* admission pending)
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle St., P.O. Box 9729
Portland, Maine 04104-5029
Telephone:    (207) 228-7334
Facsimile:     (207) 774-1127
Email: *rkeach@bernsteinshur.com*